MAR. 16, 2015 (MON.)

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 APR -6 PM 1:03

KEITH E. HOTTLE, CLERK

KEITH E. HOTTLE, CLERK OF COURT

FOURTH COURT OF APPEALS DISTRICT

CADENA - REEVES JUSTICE CENTER

300 DOLOROSA, STE. 3200

SAN ANTONIO, TX. 78205-3037


RE: COURT OF APPEALS # : 04-13-00433-CH

TRIAL COURT CASE # : 2012-CH-8329


KEITH E. HOTTLE, CLERK:

ATTACHED HERETO A COPY OF A LETTER A APPELLANT IN THE ABOVE CAUSES HAS WRITTEN & ADDRESSED TO APPELLATE COUNSEL OF RECORD (GEORGE B. DOMBART, S B O T # 24036491, 750 E. MULBERRY AVE., STE. 303, 78212; 700 N. ST. MARY'S ST., STE. 1900, 78205).

APPELLANT PRAYS YOU PLACE THE AFOREMENTIONED LETTER TO APPELLATE COUNSEL IN THE FOURTH COURT OF APPEALS DISTRICT'S RECORDS.


RESPECTFULLY SUBMITTED:

MR. MCKINNEY, R., APPELLANT

697920

200 N. COMAL ST.

SAN ANTONIO, TX. 78207


cc: APPELLANT

Mon., Mar. 16, 2015

George B. Dombart
Attorney at Law
SBOT # 24036491
750 E. Mulberry Ave., Ste. 303 ⁴/or
    700 N. St. Mary's St., Ste. 1900
San Antonio, TX. 78212 / 78205


RE: Court of Appeals Number: 04-13-00433-CR

    Trial Court Case Number: 2012-CR-8329


Mr. Dombart:

   The Fourth Court of Appeals Judgment in the above cause(s) states "The Judgment of the Trial Court is REVERSED and this cause is REMANDED to the Trial Court for a New Trial." I would like to know what is meant by the Fourth Court of Appeals when it states "REMANDED to the Trial Court for a New Trial"?

   When the Fourth Court of Appeals states "New Trial" is it referring to the ensuing, all over again, the selecting of jurors, the examining of witnesses, & the anticipating of a verdict? Or, does the Fourth Court of Appeals mean I'll engage the "State" again in a suppression hearing?

   I pray you inform me of the Fourth Court of Appeals meaning of "REMANDED to the Trial Court for a New Trial."

                                        Respectfully,

                                        R. McKinney
                                        Mr. McKinney, R.

cc: Appellant (Mr. McKinney, R.) ; Atty. of Rec. (G.B.
    Dombart, 700 N. St. Mary's St., Ste. 1900, 78205) ;
    Clerk, 4th Crt. App. (K.E. Hottle) ; Dist. Clerk, Bx. Cnty. (D.K. McKinney)

200 N. COMAL ST.
SAN ANTONIO, TX. 78207

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
01 APR 2015 PM 3 L

LEGAL CORRESPONDENCE!

4th Court of Appeals
Criminal Justice Center
300 Dolorosa
San Antonio, Texas 78205

78205303799

